CAUSE NO:

United States

VS.    5-22 CV 0 211 - H

CLERK U.S. DISTRICT COURT
NORTHERN DIST OF TX
LUBBOCK DIVISION

2022 AUG 22  AM 7:48

BY DEPUTY CLERK_____

Lubbock division

District Court
of the
United States

The NAMED Defendants,
And unNamed/unknown
Defendants

Complaintee
Louis Gonzales
300 I CR 84
OHOM, TX 79064

## Citizen's Private Criminal Complaint

Comes here, the affiant, the Complaintee, Louis Fred Gonzales, and states the following under perjury of Law, and Says that the following Penal Codes/crimes have been breached or/and Committed by the mentioned persons; and individuals whom hold office/seat or employment as a public servant; whom have legally/lawfully forfeited their employment when they breached their Contracts by Committing the following crimes or/and Constitutional Violations against Citizens of the United States, as such Criminal activities also constitutes the Criminal acts of defrauding the United States:

| OFFENSE | OFFENSE |
|---|---|
| Ch.1 § 2. Principal | Ch. 71 § 71.02 - Engaging IN organized Criminal Activity |
| Ch.1 § 3. Accessory After the fact | Ch.71 § 71.022 - Coercing, Inducing, Soliciting Membership into a Criminal Organization |
| Ch.1 § 4. Misprison of Felony | Ch.71 - 71.023 - Directing Activities of a Chiminal Organization |
| Ch.7. § 113 - Assaults (2)(3)(4)(7) | Ch. 42 - 42.01 - Disordly Conduct (a)(2)(4)(6) |
| Ch.11. Bribery | 42.06 - False Alarm or Report |
| Ch.12. Civil Disorders | 42.061- False report to Induce Emergency Response |
| Ch.13 Deprivation of Civil Rights | 42.061- Silent or abusive Calls to 9-1-1 Service |
| Ch.19 - Conspiracy to Commit harm | 42.07 - Harrassement |

OFFENSES

§ 42.072 - STALKING

§ 42.075 - Disclosure of Confidential Information Regarding Family Violence

§ 42.002 - Enciting A Riot / Civil Arrest

Ch. 36 - Bribery AND Corrupt Influence

§ 36.02 - Bribery

§ 36.03 - Coercin Of Public Servant or Voter

§ 46.04 - Improper Influence

§ 36.05 - Tampering with Witness

36.06 - Retaliation and obstruction of Justice

Ch. 28 - Arson, Criminal mischief and Property Damage

§ 29.02 Robbery

29.03 Aggravated Robbery

Home INVASION

Burglary of Vechicles

Grand Theft of Automobile

§ 431.03 - Theft Of Property

§ 31.04 - Theft Of SERVICE

§ 31.05 - Theft of Trade Secrets

§ 31.07 Unauthorized Use of a motor Vechicle

§ 31.11 Tampering with Identifying Number

§ 31.20 - Mail theft

§ 31.12 Theft of Tampering with video SERVICE

Ch. 33 Fraud

OFFENSES

§ 32.21 Forgery

32.22 - Criminal Solicitation

32.23 Trademark Counterfeit

32.24 Stolen or Decieving stolen check or sight order

32.42 Deceptive BUSSINESS PRACTICE

§ IMPERSONATING TO BE A PUBLIC SERVANT

§ Breach of Contract

32.45 Misapplication of Fiduary Property or Property of Financial Institute

32.46 Fraudulent Execution of Securing of Document

32.47 Fraudulent Destruction Removal or Concealment of writing

32.48 Simulating Legal Process

32.49 refusual to execute release on fraudulent lien of property

32.51 Deceptive or fraudalant possession of identifying information

32.53 Exploitation Of Children

32.54 Financial Abuse of Elderly Individual Victims

Ch. 33 Computer Crimes

33.02 Breach of Comp Security

33.05 Electronic Access Interference

Electronic DATA TAMPERING

Unlawful Dycryption

ONLINE Impersonation

Unauthorized use of Telecomm Services

Manufacturing, Possession & delivery Unlawful Telecomm Service

# OFFENSES

False Caller Identification

Information Display

Assault w/ Attempt to commit murder

Assault to commit Felony

Assault with a Dangerous Weapon /with/intent to cause harm

Assault Resulting in bodily harm

Destruction of Motor Vechicles

Concealment of Assets

False Oaths

Conspiracy Against a citizen's Civil Rights

Deprivation of Rights under the color of law

Hate Crime Acts

Conspiracy to defraud the United States

Conspiracy to impede or injure other officers

Solicitation to commit a crime of violence

Contempts

Counterfeiting

Forgery by deception

Fraud by deception

Imitating obligations or securities

uttering counterfeit obligations

# OFFENSES

Bonds And obligations of Certain lending Agencies

Fictitious obligations

Embezlement & Theft

Custodians, generally, misusing Public funds

Custodians failing to deposit money

Theft of health care benefits

Espionage

Extortion & Threats

False impersonation

fugitive from Justice

Genocide

Murder kidnap/conspire

Aggravated Kidnapping

Mail fraud & other offenses

Receiving Stolen Property

Theft or embezzlement from employee benefit plan

Theft or embezzlement from employment & Training funds

Obstruction of investigation

Sexual Exploitation

# OFFENSES

Sexual Exploatation of Children

Exploration of Children

Crimes of Violence

Terrorism

TORTURE

Treason

Sedition

Subverse Activities

WAR CRIMES

Cruel & unhuman treatment

Cruel & inhuman punishment

unlawful interception of
oral communications

Unlawful Release of Personal
Information / DMV

# OFFENSES

Malicious Mischief

Beanage

Slavery

Human Trafficking

Protection of unborn Children

Racketeering

RICKO ACT

Robbery

Aggravated Robbery w/ damage weapon

Unlawful Statesit & Seizure

# DEFENDANTS

- Manuel Balderas - Plainview P.d
- Jaime Ortiz - Plainview P.d
- Andy Vancleave - Plainview P.d
- Solis - Plainview P.d
- Hukill - Judge - Hale County
- Wally hatch - D.A - Hale County
- Reggie Holmes - OHON P.d

# DEFENDANTS

- Joseph Garcia - OHON P.d
- 3- Plainview P.d Employee, whom
  were at the University Hospital
  illegally on July 28, 2021
  Plainview P.d
- Dennis Arbus - Lamb Co. Sheriff
- Scott Say - D.A - Lamb Co.
- Sunshine, Stanek - D.A - Lubbock Co.

## Defendants

- Winston - Lamb Co. Sheriff officer Emp.
- Felix Klein - Lamb Co. Judge
- Timothy Walker - Lamb Co magistrate
- Lamb Co. Sheriff Employee whom Allegidly responded to the two 9-1-1 Calls made from the Gonzales resident in May 2021
- Lamb County Sheriff office
- The three Lamb County Employees whom had Alkgilly conducted a welfare check on Mr Gonzales on May 2021 due to the Alleged report made by Mr. Gonzales's Parole officer - in which was actally false, a scheme, a set up.

- C.P.S Employee - Mallory Petterson - midland office
- Jaime Blaunt- C.P.S Supervisor from Amarillo office
- C.P.S Supervisor of C.P.S Investigator Mallce Petterson
- Dr. Sewall- Plainview Covenant Hospital
- Dr. Wright - Plainview Covenant Hospital
- Benjamin Medi - C.P.S Investigator Employee- Amarillo, Tx
- Jennifer Garcia- C.P.S Employee from Lubbock C.P.S office
- Rob- Kinkad- Hale Co. Judge
- Wal-mart- Distribution, Plainview Tx.
- Lubbock County Jail

## Defendants

- Dr. Sewall - Plainview Covenant Hospital
- Intake Nurse from Covenant Hospital on July 27, 2021
- Dr. Wright - Plainview Covenant Hospital
- Plainview Covenant Hospital
- Chrystal Walker - C.P.S Employee - Littlefield, Tx
- Avelus - Plainview P.d Employee
- Cynthia Gutierrez's Female Docter at Covenant Hospital on July 27 - July 30 - 2021
- Wal-mart - Plainview, Tx
- Wal-mart male employee whom called Plainview P.d and knew Mr. Gonzales by his first name but not by his last name. Plainview Tx
- Wal-mart Employee with black long hair- pony tail - manager Plainview Tx
- Hispanic female - Late 50's - Plainview, Tx - Walmart employee whom was buying time or proscesinating while this group illegally committed a scheme to fabricate evidence commit Agg perjury and Falarly charges against Cynthia Gutierrez
- Lubbock P.d
- Lubbock County Sheriff's office

The above and forementioned Penal Codes are crimes in which the mentioned perpetrators whom impersonate themselves to be public servants have been committing such crimes, and other additional breaches against Not only the affiant, the Complaintee, Luis Fred Gonzales, but have committed such crimes against every citizen of the United States, and Against our Nation, as these Acts are considered to be Acts of War, as such persons chose to commit treason when they knowing, willingly and intentionally chose to inflict harm against their own Countrymen, and their Nation.

These individuals are traitors, they are a threat to themselves, to their families and a threat to humanity itself, as well a threat to our National Security and future of this Nation.

And we as citizens have the Right(s), as well as we are obligated by Laws, our Constitution and Declaration of Independence to intervene and break up any part of the government in which has gone Rogue; as we citizens can and if need to be, Abolish All government and then set up a new security for our government in order to secure the future of humanity and our Nation.

As No person, or group of people is above the law, or is more important or valueable than the rest; as no law can't be passed or exist in which makes a person or group of people seem to be more important or valuable or even seem to be they have immunity to the punishments of the law in which governs us all.

As there is No Statute, law, ordinance, admendments, our Constitution, Bill of Rights, Declaration of Indepence IN which state that Public Tenants are immune to the law, to the punishments of when such penal Order are breached / broken by such persons;

As all penal codes, or the laws in which govern us all; All depict or state in the beginning of their definition, of describing such or said crime, the wording " Whomever, Whoever "; meaning exactly what it states; it don't matter whom you are, where you work, how long you have held such employment; this pertains to you as well; to everybody; to every person; Not one individual or group of person are exempt from such punishments.

ON or About May 2021, Two Lamb County Sheriff dupities had arrived at the Gonzales residence iN OLTON, TX, stating they recieved a report by Mr. Gonzales's Parole officer, Mario Reyes of the Plainview Parole office and whom wanted the Lamb County Sherriff Deputies to Conduct a "WelfAre check" on Mr. Gonzales due to an arguement or miscommunication between Mario Reyes and Mr. Gonzales had earlier that morning at the Gonzales residence ON or during a Parole home visit.

The two Lamb County deputies had stated they were conducting a "Welfare check"; but yet Mr. Gonzales; his wife at the time, Cynthia

Gutierrez, Mr. Gonzales's Parents held about a 10 minute conversation outside the homes of the Gonzales residence about Nothing of how Mr. Gonzales was doing or of his family and or of the Five children in the home, or about Mrs. Gutierrez's Five month pregnancy at the time,

The Ten minute conversation held outside the homes was of the Lamb County Deputies telling "Mr. Gonzales that No matter what he and his family were going through, that Mr. Gonzales needed to be respectful to his parole officer, Mario Reyes and needed Not to argue with him and do whatever Mr. Reyes was asking him to do, so he could finish parole.";

As this was told to not only Mr. Gonzales, but to Cynthia Gutierrez and the Parents of Mr. Gonzales, whom did not Know what was happening or why this visit from the Lamb County sheriffs was even occurring;

Because Mr. Reyes, Mr. Gonzales's Parole officer had just left a few hours ago and even spoken to the Parents of Mr. Gonzales and given them a card in which displayed Nine months visit with Mr. Reyes.

The Lamb County deputies stated they were leaving, that all was fine, They began to walk back to their vehicles, as they shown up in different vehicles.

The deputies were opening their truck doors to their vehicles when Mr. Gonzales had stated out loud "Excuse me, but may I ask ya'll a question about something?"

The Two Lamb County deputies began to explain briefly to Mr. Gonzales; As this was where "Mr. Gonzales had asked how or what would we Need to do in order to ensure that Criminal charges were /are Filed against a certain group of people whom are impersonating to be public servants but have weaseled themselves in such area of employment in order to hide behind the backs of past and what Few good public servants we have or are left within Such area of employment".

Mr. Gonzales had informed or reported the criminal acts in which had and were occurring to him, and his Family and other citizens whom also confided in Mr. Gonzales and other Family members about their attacks or /and the criminal activities in which were or had also occurred to them and their Families from the Same perpetrators whom have been impersonating themselves to be public servants; but instead of holding true to their oaths, public duties, ethics, conduct of professionalism, code of Conduct and other Artifacts that legally bind them to pro-tect and serve the Citizens of this country; as the Citizens are their employers, as the Citizens are whom pay all their salaries, as the Citizens also have a Say of whom is hired and Not hired, as well who stays hired or Not, As the Citizens are also Financially responsible for any Civil suits brought against any public servant because, we citizens are responsible for their actions, as we are their employers Legally.

"Mr. Gonzales and Mrs. Gutierrez had reported the criminal acts of rape; rape of a child under Five years old; attempted murder, assassination, aggravated kidnapping; treason; embezzlement; fabrication of evidence; Aggravated Perjury; Conspiracy to commit serious bodily harm; torture; cruel and unusual treatment; acts of war by people whom we entrusted with our lives and have chosen the path of being traitors as they commit acts in which intentionally harm citizens and other criminal, terrorism or activities!';

The Lamb County Sheriff Deputies did not write down any report(s), they didn't take any information down whatsoever, even when Mr. Gonzales stated he had years of documents proving all of his allegations; and advising or informing them, even though we didn't have any documentation of the criminal activities occurring; there is still a citizen or (citizens reporting a crime(s); and by law, it does not matter if its 100 citizens, 10,000 citizens, or just 1 citizen(s); a report has to legally be made, taken by authorities and investigated; no matter how absurd it may have sounded.

As law Enforcement, nor does the district Attorney's office have the official capacity to decide whom charges are pressed against or not.
As this acts are aiding and abetting into leaving fugitives, felons on the streets, to continue causing harm to citizens; as they involved also becomes Accessories to the actual crimes or and the principal, as if they actually committed the crime themself.

Mr. Gonzales's Family had also shown the Lamb family other evidence in which revealed the criminal activities occurring, as such activities were and have been occurring to other citizens around the United States; the exact same tactics and methods; even the exact actions, even to the terroristic threats being issued were exactly the same, word for word.

The two deputies had stated they were going to leave but would contact the Family if they needed anymore information, but again, No reports or information was taken down, only our cellphone numbers, but without any names attaching to whose number was whose, only written into or on their palm of their hands).

The two deputies left the Gonzales Residence; also prior to speaking to the two deputies in the beginning; Mr. Gonzales had called the Number to the Lamb County Sheriff's office and asked what were two of their deputies doing at his residence;

As Mr. Gonzales asked the above question; A Female had answered and stated "we don't know about any deputies whom are out in Olton, do you know their Names or badge number(s)? knew

Mr. Gonzales replied "No I don't who they are,"

And as Mr. Gonzales had just replied; another female was heard telling the other Female dispatcher Mr. Gonzales was speaking to; "C'mon, I got it, let me see it";

As the 2nd female began to state "Mr. Gonzales, (in a high excited voice) oh they are there to do a check-up, it's Nothing, it's just a welfare check, so just talk to them";

It was about 12:45 pm when the deputies had left.

As Mr. Gonzales's mother and mrs. Gutierrez were feeding the children as they had just gotten up from their Nap due to falling asleep in the living room while watching Cartoons.

Mr. Gonzales had spent the remainder of the day outside, doing Maintaince work on his Vechicle and power washing his Car due to the recent rain and mud underneath it.

It was about 6pm when one of the deputies, the younger one, A thin tall Skinny, in his Late 20's or early 30's white male deputy whom had shown up eerlier that day had drove up to the residence as Mr. Gonzales was still washing his Vechicle and he had Asked Mr. Gonzales "Did you or anyone here Call 9-1-1 just recently ?";

Mr. Gonzales looked at him dumbfounded, as if wanting to state "Are you serious", because what was occurring at the moment, had occurred multiple of times in the past, In the years of '2015 and '2017, where Plainview P.d employees had visited the residence of Mr. Gonzales's sister's home and stated they had recieved a 9-1-1 call of a person stating to the dispatcher "there was a male individual whom was outside of the home whom had a gun and was threatening to kill the people within the residence".

But when the Plainview P.d responded; it was two P.d employees, with No guns drawn, with No apparent concern of an actual shooter ON or around the property; As they did not conduct a perimeter check or show any concern or acts of exectuting proper procedures IN a active shooter situation;

Instead the P.d had stated a maple individual had called and automatically presumed it was Mr. Gonzales out of four male individuals within

the residence, and had even tried to insinuate that Mr. Gonzales was hallucinating, but gave No apparent reasons to or of why; and did not even ask him or anyone who or if they did call 9-1-1 to begin with.

The Lamb County Sheriff deputy had then stated " well we recieved two 9-1-1 calls from this residence, the First 9-1-1 call was of a male individual asking for, hot packets, as you could hear children playing in the background as the call continued; and the second 9-1-1 call was of a female whom had yelled "call 9-1-1, hurry call-9-1-1", as there or a 9-1-1 call was already an emergency active, but had lasted for 45 minutes, as we stood listening to the call the whole 45 minutes; and this occurred about 3:45pm";

Mr. Gonzales was shown a number in which he did Not recognize, in which the 9-1-1 call was made From. And Again stated No one made any 9-1-1 calls from here.

The Lamb County deputy then asked Mrs Gutierrez and Mr. Gonzales's Mother about the 9-1-1 calls; In which both told him "No one had placed any 9-1-1 calls". The deputy had then left the residence.

As Mr. Gonzales spoke to his family about what had just occurred, and they all came to the same conclusions; if 9-1-1 calls were made at 3:45 pm, then why did it take two hours and fifteen

minutes to respond to the Alleged 9-1-1 calls, and why
would you stay listening to an ongoing 9-1-1 call of a female
asking for help for 43 minutes before you respond
to the 9-1-1 call.

As this made NO sense at all; not only had
these deputies failed IN their public/civil duties;
but if such calls were real; those so called public
servants had knowingly, willingly and intentionally
put these citizens lives IN danger, even death.

It was about 7pm that day when a C.P.S
investigator by Mallory Pettersin; an individual whom
the family had a past case alleging the father, Lewis and
Mr. Gutierrez of drinking and selling their Food stamps;
all allegations in which did not state any harm being
conducted or being inflicted to their children; so the
allegations were NOT of the concern of C.P.S to begin with.

And if the case was dropped a few months after
that, in February 2021 for insufficient evidence; but
through December 2020 - February 2021 - Mallory Pettersin
whom stated she was from the Lubbock office had
texted Mrs. Gutierrez almost everyday; asking Mrs,
Gutierrez if she was still in a relationship with Mr.
Gonzales; as Mallory Petterson was texting Mr,
Gutierrez and stating to her "that she needed to
leave Mr. Gonzales, that he was No good for her,
that she could do better, and if she did not

leave Mr. Gonzales, then Mallory Patterson was going to take away their children, because Mr. Gonzales was a bad Mama";

But Mr. Gonzales told Mrs Gutierrez don't be afraid of them, they are nobody, especially trying to put fear in you, threatening you, these people are Not public servants, they are scared, they are the ones whom are needing to do this because they are running, they are hiding, they are pussies; and I promise they will Not take away or continue hurting you or the babies; I will stop at nothing to ensure ya's protection, even from people whom lie to themselves daily about whom they are";

Mallory Patterson had never informed the family that the case was closed, but had continued to make terroristic threats; but the family had found out the case was closed through the alleged reporter, a reporter whom is legally blind.

About 7pm, Mallory Patterson had stated to Mr. Gonzales that she recieved a report that "Mr. Gonzales wanted to kill himself";

Mr. Gonzales replied "whomever told you that is a Liar";

Mallory Patterson stated "well I'm Not here to see who said this or that, or if its true or Not, I'm just here for the kids";

Mallory Peterson Continued " And I know you are not just going to let me into the house, so can't I speak to Cynthia and see the kids";

Mr. Gonzales looked behind him, towards a 5' by 6' Picture window in the living room where all the children were looking outside due to the rain clouds and wind that had just past and was now just sprinkling, in which they have been gazing at the mother nature for the past 30 minutes prior to noticing Mallory Peterson whom was standing 6 feet away from the window where the children were, and when his daughter had said " there's the same lady from Plainview standing outside"    prior to Mr. Gonzales going outside.

Mr. Gonzales stated " I'll go get Cynthia for you";

Mrs. Gutierrez goes outside and is only away for a few minutes before reclaiming and telling Mr. Gonzales that Mallory Peterson had told her the Lamb County Sheriff Deputy had called her and told her that "Lewis wanted to kill himself"; and that she told Mallory that Lewis was a lie, he never (Lewis) had said that, and they were Lying"; and Mallory had stated she didn't care if it was true or not, she was just worried and wanted to come inside and see the kids";

Mrs. Gutierrez told her " You already knew this and what Lewis was going to tell you, so why are you really here For, why are you keeping on harrassing and stalking us?

Mallory replied "I just want to see how the kids are, if they are okay?"

So Cynthia stated "girl have been searching on them for the past 10-15 minutes, you can see they are okay";

But I will ask Lewis if its okay for you to see the children.

As Mr. Gonzales stated the obvious to Mrs. Gutierrez but had let the children go outside, but Mallory did not even spend any time observing or checking the children; the children had just played in the mud, weather and rain the whole five minutes they were outside.

As Mrs. Gutierrez had even stated to Mallory Patterson, "If the report was made of or about Lewis, then why isn't the adult Protective Services out here instead"?

Mallory Patterson replied "I just received the call from the Detective and That's why I'm here";

Mallory Patterson had left.

The following day Mallory Patterson returned with the Lamb County deputy whom refers himself as "Weston" badge # 104 and wanted to see the kids again, but prior to Mr. Gonzales Letting this happen; he had gone outside and spoke to Mallory Patterson whom was standing beside the Lamb County deputy whom had made the alleged "welfare check due to the Parole";

Mr. Gonzales had stated "So who told you that I wanted to kill myself?"

Mallory Patterson had excitedly and defensively

responded "Thats Not what I said" while looking at the Lamb County deputy at the Same time.

Mr. Gonzales repeated himself "That is exactly what you told Cynthia and myself yesterday";

Malley Patterson replies "Ya had just misunderstood me";

Mr. Gonzales states "Then why are you here than?"

As None of the two replies, so Mr. Gonzales walks away and tells Cynthia to take the kids outside for a few minutes.

The Two so called Public Servants leave the residence.

The following day the Same deputy returns with another lamb county deputy, an older white tall male, and malley patterson whom has an Emergency Removal of the children signed by a Female Judge from Lamb County, TX; as Mr. Gonzales tells the deputy verbatim, You here taking away our children over your Fucking lies, but you dont do shit about the report we made of Felonies being committed by impersonators whom portray themselves as public servants; as they even raped my daughter, twice; the deputy Just shrugged

his shoulders;

Mr. Gonzales looked at him and told him that he was going to pay for his treacherous and criminal acts and promised he was going to fail for this.

Mallory Patterson was pushy about Mrs Gutierrez hurrying up with the children, saying she was in a hurry.

Mallory Patterson had left with the kids; and it was about 10 minutes after their kidnapping when Cynthia had called Mallory and called her a liar; but then making gave the phone to our daughter, Rayland whom was about to turn 5; a very bright and smart little girl; and when asked Cynthia "mom why are they taking me away from Louis, and why is he a bad man?";

Mallory had gotten the phone again and stated "I was just trying to explain to her we were not taking her away from you but from Louis because you could do better than him";

Mrs. Gutierrez replies "how the hell can you judge a person when you don't even know him; you only talked to him for a few minutes, and how in the hell is it your business whom I'm in a relationship with; what your problem; what's really going on; your just a liar and you will pay for this"

Mrs. Gutierrez and the boyfriend had taken them all to her brother's house, due to choosing for the kids to go there for the time being;

But Cynthia had spent another 4 and 1/2 hours waiting on the children, as they were brought to the brother's house by another C.P.S employee.

And when the children arrived, Cynthia noticed they all were wearing just long T-shirts; clothes they did Not or were Not wearing when they were taken/kidnapped.

Ms. Gutierrez had asked our daughter Rayland where did they go after leaving the house with madam Pettwson,

Rayland had said "She took us to her house, She took us to one of her rooms that had two beds in it and turned on the tv and gave us snacks and she took us a bath one by one, and she took genesis (the baby) (7 months) and the twins (1year and 5 months) by themselves out of the room and she was talking to someone, but I couldn't hear the other person, then I heard a man talking in the other room, but I Never saw him, it was only us and mallary IN the house the whole time; she then dressed us, she had a bunch of cloths for kids in her closet, and she gave us More snacks and then we came here"

Well our children's Case was filed in May 2021 in Lamb County, TX with a female Judge Whom was also responsible in signing off on a document in which simulated legal process of an Emergency Removal of our children from our home; as this alleged Judge also committed criminal activities as she knew what she was doing was illegal as the affidavit by mallay Petterson stated "Louis wanted to kill himself by the alleged reporter, a Lamb County deputy Detective (a name whom does not exist or ever been employed by Lamb County Sheriff's office) also stating Mr Gonzales failing a U.A in May 2021 (In which was false (As Mr. Gonzales had not reported for the Month of may in order to have allegedly failed a U.A) And that Cynthia did not advise C.P.S of her relationship with Louis (Gonzales) and of two 9-1-1 calls being placed from the Gonzales residence".

As this was the affidavit used to illegally Not only commit Aggravated Kidnapping of 5 children, but also Human-trafficking and child molestation and Rape of children under 5 years old;

As by law, the only way a child Can be removed from their home on an Emergency Removal petition is if the child is being physically abuse, as there must be a person whom has personal knowledge of this occurring or of the family, and evidence of bruises, breaks in bones malnutrion and or if the child is being Sexually abuse, as there

must be a doctor whom is not under contract with C.P.S or the state whom comes to the conclusion that such sexual abuse has occurred;

And there was No such Allegations of such Sadistic acts occurring or evidence of such; So the standards in which the statue states is required to have been met, were Never satisfied to begin with.

And there is No excuse for such sick Pathetic and henious Criminal activities from So called public servants.

C.P.S and the Courts have Conspired and committed treacherous acts against citizens of the united states with the help of Lambs County sheriff's officer(s); its deputies and other (alleged) law enforcement.

As on July 27, 2021, the same Criminal scheme was conducted at Convenant Hospital; as the parents were expecting twins; but the hospital, the nurses and Doctors, Not all of them, but a selected few were obviously and had made it apparrant by their acts and ommissions of their Criminal activities and part in the Human trafficking; as only 1 baby was said to be delivered, a Newborn we named ~~Randy~~ Lucas Randy Gonzales, a newborn in which Plainview Pd and its pathetic so called officers committed crimes against the parents forcing them to stay against their will at the hospital as they conspired with malicy pertvsn

half of his wife had held her during the time predating a near death experience, but yet was kicked forcefully the following day by C.P.S employee Benjamin Nbodi and three plainview cops; cops whom made terroristic threats to Mrs. Gutierrez while forcing her to walk down stairs and out of the Hospital as she cried; as a pussy ass plainview cop by Avelas started to Mrs. Gutierrez

"Are you sure you have somebody picking you up?; If you don't, I don't mind taking you to wherever you need to go, you can sit on my lap, I won't mind at all; but if you want I'll take you to the Womans battered shelter here in plainview"; knowing that Mr. Gonzale's's parents were already heading to plainview to pick up Cynthia and the baby, but C.P.S had also lied and gotten a Castro County Judge to illegally signed off on an Emergency Removal without a court order; an illegal and Criminal act; a treacherous and terroristic activities committed to Citizens;

As Mr. Gonzales's Parents had told Mr. Gonzales that they would go pick up his family from the hospital just in case they (the Cps) had tried something else; knowing their Son would sooner, or later put his foot down and do what Needed to be done Long ago.                    Your Gonzales

As the is a short summery as the plainview have many other evidence, including his Past Hale County charges + Lamb County charges

In the year of 2020 Somewhere in the month of September I was stopped by Reggie Holmes, and Joseph Garcia when they stopped me they said that they had got a call saying that I had tried to steal a car, The owner of the car said that he never pressed charges against me. I also did avading arrest and Reggie Holmes ended up tazing me and tazed me on the back of my neck. when Reggie Holmes, tazed me I went unconscience Reggie Holmes and Joseph Garcia ended up searching me and they found a controlled substance on me. I was also brought to the Emergeny Room in little field due to me being tazed. I Ended up getting me a court appointed lawyer with Phil Ricker he told me to plea guilty which he got me out on a PR bond,

In the year of 2021, Somewhere. In the month of Febuary Reggie Holmes and Joseph Garcia arrested me because they said I had broke into a truck and stole a shotgun which they arrested me no charges were pressed against me They then searched me and found a pipe me which brought me to Jail I Ended up missing my Grand mothers birthday I had also got a court appointed attorney Lawyer with matt morrow out of lubbock which he got me out on probation, 1 rn

The above Affidavet/Statement was written by The affiant, The complaintee, Johnathan Ramirez, and under Purgury of the law, is true and correct.

Home address
304 5th st
Olton tx 79064
(P.O Box 826)

X Johnathan Ramirez
Lamb County Jail
1200 E. Waylon Jennings
Littlefield tx 79339

This Affidavet/statement was written by the affiant, The complantee, Johnathan Ramirez, and under purgury of the law is true and correct.

Through out the past years The police in olton involving Reggie Holmes and Joseph Garcia have harrassed me numberous times. There have been many of times of me walking out of my grandparents house and the police passing in front or even them being parked down the street from my grandparents house and as soon as they see me they would pass me and then go around the block and pass me again there have also been times when I would be walking at night heading home to my grandparents and a police officer spot lighting me there have been multiple times of this happening as well

Home Address
304 5th St
olton tx 79064
(P.o Box 826)

X Johnathan Ramirez

Lamb county jail
1200 E. waylon Jennings
Littlefield tx 79339

Louis Gonzales #8977
Lamb co. Jail
1300 E Waylon Jennings
Littlefield, TX 79339

RECEIVED
AUG 2 2 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Lubbock Division
Office of the Clerk
1205 Texas Ave
Lubbock, TX 79401

Legal